United States Courts
Southern District of Texas
FILED

APR 2 9 2010

David J. Bradley, Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: John Wayne King            CASE NO. 89-05407
                                  CHAPTER 12
DEBTOR

### MOTION TO PAY FUNDS IN THE REGISTRY UNDER 11 U.S.C. 347 (A)

THE UNDERSIGNED TRUSTEE REPORTS:

The dividend (s) payable to the creditor (s) listed on Exhibit "A" hereto is (are) in an amount less than the amount specified in Bankruptcy Rule 3010.

More than ninety (90) days have passed since the Final Distribution, and the dividend (s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347 (a), the undersigned trustee request authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of title 238 (29 U.S.C. 2041, et seq.)

Date: April 27, 2010

M.H. McGinnes Jr.
Chapter 12 Trustee
P.O. Box 1527
Moody, TX 76557
(254) 853-2215 fax (254)853-3200

## EXHIBIT A

Please check one:

___        small dividends

_X_        unclaimed dividends

| NAME | AMOUNT |
|---|---|
| Oxford Finance Corp, Inc.<br>Attn: David Kane<br>7300 York Rd.<br>Philadelphia, PA 19126-1884 | $2,670.90 |

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: JOHN WAYNE KING                    Case No. 89-05407

**DEBTORS**                                **CHAPTER 12**

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Trustee's motion to pay funds in the registry under 11 U.S.C. 347 (A). Chapter 12 Trustee has notified the parties on the attached list in the Chapter 12 case of **JOHN WAYNE KING Case No. 89-05407** by prepaid regular U.S. Mail on this 27th day of April 2010.

M.H. McGinnes, Jr.
Standing Chapter 12 Trustee

Mailing Matrix

John Wayne King
P.O. Box 367
West Columbia, TX 77486-0367

U.S. Trustee
515 Rusk Ste. 3516
Houston, TX 77002

M.H. McGinnes Jr.
Chapter 12 Trustee
P.O. Box 1527
Moody, TX 76557

Oxford Finance Corp, Inc.
ATTN: David Kane
7600 York Rd.
Philadelphia, PA 19126-1884